UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 2:10-CR-95 |
| | ) | |
| FRANCISCO MARTIN | ) | |

## **O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated February 15, 2011. [Doc. 75]. The defendant has filed no objections to this report.

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and that defendant's motion to construe and determine the constitutionality of various statutes is **DENIED.** [Doc. 39].

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE